NANCY J. MESEROW
7540 S.W. 51st Avenue
Portland, OR 97219
Telephone: (503) 560-6788
Fax: (503) 954-1517
njm@meserowlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| STACIE SCOTT, | Civil No. 3:14-cv-00875-AA |
| Plaintiff, | JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY<br>Defendant. | |

This action is dismissed with prejudice.

Date: May 5, 2015

By: /s/ Ann Aiken

Ann Aiken, United States District Court Judge